JAMES G. K. DUER et al., Respondents, *v.* RICHARD R. HUNT, Appellant.

In the Matter of the Application for Discharge of a Certain Judgment against Defendant, Recovered in the Supreme Court, New York County, on or about March 22, 1879.

Reported below, 41 App. Div. 581.
(Argued February 26, 1900; decided March 6, 1900.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1899, reversing an order in favor of defendant entered upon a decision of the court on trial at Special Term.

The motion was made on the ground that the Court of Appeals has no jurisdiction to hear the appeal, and that the appeal was not taken within the time prescribed by the Code of Civil Procedure.

*H. Reeves* for motion.

*J. Newton Fiero* opposed.

*Per Curiam.* A motion under section 2182 of the Code of Civil Procedure to cancel a judgment is a special proceeding and not an order in an action.

The motion to dismiss the appeal is denied, with ten dollars costs.

---

ISAAC B. CANFIELD, Respondent, *v.* ANDREW X. FALLON et al., Executors of JULIA F. MANSFIELD, Deceased, et al., Respondents; CATHARINE E. GULBRANDSEN et al., Appellants.

(Argued February 26, 1900; decided March 6, 1900.)

MOTIONS to allow separate bills of costs to the several respondents. (See 161 N. Y. 623.)

Remittitur ordered amended so as to allow a bill of costs to the guardian *ad litem* of the infant defendants, Calantha, Arthur, Lloyd, Florence and Isaac Canfield; the other motions for separate costs are denied.